```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 13849
   GLOREATHA D JONES
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0021


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 04/07/2004 and was confirmed 06/28/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  85.12% from remaining funds.

      The case was paid in full 01/28/2009.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
ARONSON FURNITURE          SECURED              400.00        4.25         400.00
ARONSON FURNITURE          UNSECURED            332.76         .00         283.24
COUNTRYWIDE HOME LOANS     CURRENT MORTG           .00         .00            .00
CAPITAL ONE BANK           UNSECURED            278.71         .00         237.23
SHERMAN ACQUISITION        UNSECURED           7941.60         .00        6759.73
SHERMAN ACQUISITION        UNSECURED           7007.19         .00        5964.38
DISCOVER FINANCIAL SERVI   UNSECURED         NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED           5633.14         .00        4794.82
JC PENNEY                  UNSECURED         NOT FILED         .00            .00
SAMS CLUB GE CAPITAL       UNSECURED         NOT FILED         .00            .00
SHERMAN ACQUISITION        UNSECURED OTH       811.98         .00         691.17
ECAST SETTLEMENT CORP      UNSECURED           3109.89         .00        2647.08
WELLS FARGO FINANCIAL IL   UNSECURED           3228.22         .00        2747.80
PETER FRANCIS GERACI       DEBTOR ATTY       1,800.00                    1,800.00
TOM VAUGHN                 TRUSTEE                                       1,670.30
DEBTOR REFUND              REFUND                                          300.00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 28,300.00

PRIORITY                                              .00
SECURED                                            400.00
    INTEREST                                         4.25
UNSECURED                                       24,125.45
ADMINISTRATIVE                                   1,800.00
TRUSTEE COMPENSATION                             1,670.30
DEBTOR REFUND                                      300.00
                         ---------------     ---------------
TOTALS                    28,300.00             28,300.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 13849 GLOREATHA D JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/10/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE  2
CASE NO. 04 B 13849 GLOREATHA D JONES